Darolyn Y. Hamada (SBN: 192334)
dhamada@shb.com
Lael A. Awong (SBN: 246423)
lawong@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant Hoffmann-La Roche Inc.;
Roche Laboratories Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE WOULARD, an individual, | Case No.: CV13-1773 JAK (JCx) |
| Plaintiff, | Judge: John A. Kronstadt |
| vs. | |
| HOFFMAN-LA ROCHE INC.; ROCHE LABORATORIES INC.; MCKESSON CORPORATION, and DOES 1 to 50, | ORDER GRANTING REMAND<br><br>JS-6 |
| Defendants. | |

Based upon the review of the foregoing stipulation and good cause appearing therefore, this action is remanded forthwith to the Los Angeles County Superior Court, Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles CA 90012 (Case No, BC502598).

Dated: March 20, 2013

_____
Hon. John A. Kronstadt
United States District Judge